No. 3206.—EL PUEBLO, APLDO., v. RODRÍGUEZ, APLTE.— Abuso de confianza. C. D. Humacao. Nov. 30, 1927. Por

los motivos consignados en la opinión emitida hoy en el caso
No. 3205, (pág. 443) se revocó la sentencia apelada en este
caso y en los recursos números 3207, 3208, 3209, 3210, 3211,
3212, 3213 y 3214 y *se absolvió* al acusado apelante en cada
uno de dichos casos.